Michael V. Severo
411 W. 5th St. 850
Los Angeles, CA 90013
(213) 892-0018.
Atty for Plaintiffs



UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS ESTRADA<br><br>    Plaintiff,<br>vs.<br><br>SPENO & COHEN, ATTORNEYS AT LAW, SARAH SPENO, DAVID J. COHEN, individually,<br><br>    Defendants. | Case #: CV-98-4615DT (AIJx)<br><br>[~~PROPOSED~~] JUDGMENT.<br><br>☐ Docketed<br>☐ Mld Copy Ptys<br>☐ Mld Notice Ptys<br>☐ JS-6 |

This matter came on for hearing at 10:00 A.M. in Courtroom 880 of the United States District Court for the Central District of California, on May 24, 1999, the Honorable Dickran Tevrizian, District Judge, Presiding.

Plaintiffs were represented by counsel, JOSE R. PAZ and MICHAEL V. SEVERO. Defendants appeared by counsel, PATRICK J. THISTLE. Defendants did not appear personally in Court, although they had previously been ordered to do so.

/ / / THIS CONSTITUTES NOTICE OF ENTRY
/ / /             BY FRCP, RULE 77(d).
/ / / THIS CONSTITUTES NOTICE OF ENTRY
/ / / AS REQUIRED BY FRCP, RULE 77(d).




I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD, IN THIS ACTION, ON THIS DATE.

DATED: _____

DEPUTY CLERK

1 |     **IT IS ORDERED AND ADJUDGED** that the Answers of defendants,
2 | DAVID COHEN and SARAH SPENO, are struck and that plaintiff, DOUGLAS
3 | ESTRADA, shall recover from defendants the sum of $325,187.00, with
4 | interest thereon at the rate of 10% (ten percent) as provided by
5 | law, and his costs of suit.

        JUN 2 - 1999         DICKRAN TEVRIZIAN

Dated: _____      _____
                                           Dickran Tevrizian, Judge
                                           United States District Court

## PROOF OF SERVICE

I, **Jose R. Paz**, am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to this action. My business address is 411 West 5th Street, Suite 850, Los Angeles, California 90013.

On May 28, 1999, I served the following document described as: **[PROPOSED] JUDGMENT**, on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

_X_ **BY MAIL**

   _X_  I placed such envelope for deposit in the U.S. Mail for service by the United States Postal Service, with postage thereon fully prepaid.

   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_X_ **VIA FACSIMILE**

   _x_  I caused said document to be transmitted to the recipient at the facsimile machine number last given by that person on a document which that person has filed in the cause and served on the person making this service.

_X_  (FEDERAL) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on May 28, 1999, at Los Angeles, California, by

_____
Jose R. Paz

**SERVICE LIST**

| | |
|---|---|
| David B. Cohen, Esq.<br>1775 York Avenue, 24th Floor<br>New York, NY  10128<br>Fax Number:  212-369-1039 | Defendant in Pro Per |
| Sarah R. Speno, Esq.<br>1775 York Avenue, 24th Floor<br>New York, NY  10128<br>Fax Number:  212-369-1039 | Defendant in Pro Per |
| Patrick J. Thistle, Esq.<br>523 West Sixth Street, Suite 128<br>Los Angeles, CA  90014<br>Fax Number:  213-362-0303 | Associated Counsel<br>for Defendants |